# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-025 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER FOR CONTINUANCE OF JURY TRIAL** |
| ROBIN LYNN BOURGEOIS, | |
| Defendant. | |

Clifford Wardlaw, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Reynaldo Aligada, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on Defendant's Motion to Exclude Time Under the Speedy Trial Act. Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED,** that:

1) The motion to exclude time [Docket No. 37] is **GRANTED**;

2) Trial of this case is continued to June 21, 2010, at 9:00 a.m. in Courtroom 13E before the Honorable John R. Tunheim at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

3) The time from the date of this order through June 21, 2010 shall be excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A). The ends of justice will be served by continuing the trial date. This finding is based upon the Court's

conclusion that the failure to grant such a continuance would unreasonably deny

the parties a right to a fair and just hearing.

4) Voir dire and jury instructions shall be filed on June 14, 2010.


Dated: March 25, 2010
at Minneapolis, Minnesota

                                                         s/ John R. Tunheim
                                                JOHN R. TUNHEIM
                                      United States District Judge