# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-025 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| ROBIN LYNN BOURGEOIS, | |
| Defendant. | |

___

Jeffrey Paulsen, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Bruce Williams, **WILLIAMS LAW OFFICE,** Post Office Box 94, 224 First Street North, Lincoln Building, Suite 2200, Virginia, MN 55792, for defendant.

This matter is before the Court upon the defendant's motion to exclude the period of time from the date of this order through November 30, 2010 from the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth the accompanying motion.

Accordingly, **IT IS HEREBY ORDERED** that the defendant's motion to exclude time under the Speedy Trial Act [Docket No. 49] is **GRANTED**. The period

from the date of this order through November 30, 2010 shall be excluded from the Speedy Trial Act computations in this case.

Dated: October 26, 2010
at Minneapolis, Minnesota

                                                                          ____s/ John R. Tunheim____
                                                                          JOHN R. TUNHEIM
                                                                          United States District Judge